# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) Case No.: 2:07-CR-150-LDG-RJJ |
|---|---|
| Plaintiff, | ) **Order granting request for extension of time to file response to Chalney's 28 U.S.C. § 2255 motion.** |
| vs. | |
| MARK DAVID CHANLEY, | |
| Defendant. | |

Based on the pending application of the Government, and good cause appearing,

IT IS THEREFORE ORDERED that the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 motion is May 6, 2013.

DATED this 22 day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

3